# EXHIBIT A

| ReportRequestor | EsupportStationName | EsupportPath | AccessDay | AccessDate |
|---|---|---|---|---|
| mistymyers | Aitkin Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/7/10 10:48 |
| mistymyers | Aitkin Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/7/10 10:49 |
| mistymyers | Aitkin Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 3/24/11 22:00 |
| mistymyers | Baxter PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 1/11/08 20:48 |
| mistymyers | Baxter PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 1/11/08 20:49 |
| mistymyers | Cass Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/8/08 9:27 |
| mistymyers | Cass Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/8/08 9:29 |
| mistymyers | Cass Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 2/14/08 15:39 |
| mistymyers | Cass Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/14/08 15:39 |
| mistymyers | Cass Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/24/08 10:49 |
| mistymyers | Chaska PD | /dvsinfo/dvsnewdl/CardData.asp | Sun | 1/27/08 9:41 |
| mistymyers | Cook Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 9/21/12 10:41 |
| mistymyers | Crosby PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 12/20/07 18:52 |
| mistymyers | Crosby PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 12/20/07 18:56 |
| mistymyers | Crosby PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/28/08 18:07 |
| mistymyers | Crow Wing Co Attorney | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 6/1/11 7:47 |
| mistymyers | Crow Wing Co Attorney | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 7/26/11 10:17 |
| mistymyers | Crow Wing Co Probation | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 7/8/09 15:28 |
| mistymyers | Crow Wing Co Probation | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/26/11 13:38 |
| mistymyers | Crow Wing Co Probation | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/1/12 9:14 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/28/07 15:27 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/28/07 15:28 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/5/08 10:29 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 2/21/08 12:16 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/22/08 17:04 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/6/08 13:58 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 4/21/08 1:32 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/30/08 14:34 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/13/08 14:32 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/13/08 14:33 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/13/08 14:33 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/23/08 12:28 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/23/08 12:28 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/27/08 14:46 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/27/08 14:46 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 8/28/08 21:10 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/5/09 13:58 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/5/09 13:58 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 3/5/09 15:17 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/22/09 23:13 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/30/09 8:38 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 1/8/10 7:07 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 1/8/10 7:08 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/VH20/VH20Select.asp | Fri | 1/8/10 7:08 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/20/10 3:05 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/20/10 3:05 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 2/20/10 3:05 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/4/10 16:21 |

| ReportRequestor | EsupportStationName | EsupportPath | AccessDay | AccessDate |
|---|---|---|---|---|
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/4/10 16:22 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/4/10 16:22 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/1/10 7:39 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/1/10 7:39 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/1/10 7:43 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/12/11 8:47 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/2/12 9:27 |
| mistymyers | Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/2/12 9:28 |
| mistymyers | DNR | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 11/27/09 16:37 |
| mistymyers | Human Services | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/10/09 7:14 |
| mistymyers | Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/29/09 16:40 |
| mistymyers | Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/29/09 16:41 |
| mistymyers | Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 6/9/09 16:43 |
| mistymyers | LITTLE FALLS Deputy Registrar | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 7/20/10 10:16 |
| mistymyers | LITTLE FALLS Deputy Registrar | /dvsinfo/VH20/VH20Select.asp | Tue | 7/20/10 10:16 |
| mistymyers | McLeod Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/22/08 14:16 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/4/10 15:35 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/4/10 15:35 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/18/10 12:44 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Thu | 8/19/10 9:53 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Thu | 8/19/10 9:53 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Tue | 8/24/10 14:39 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Tue | 8/24/10 14:39 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Fri | 9/10/10 11:18 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 9/30/10 15:30 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/8/10 11:34 |
| mistymyers | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/8/10 11:34 |
| mistymyers | Mille Lacs Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/21/10 1:19 |
| mistymyers | Minneapolis PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 5/30/09 19:48 |
| mistymyers | Nisswa PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/25/08 16:18 |
| mistymyers | Nisswa PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/16/08 11:06 |
| mistymyers | Nisswa PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/16/08 11:07 |
| mistymyers | Nisswa PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 10/1/08 15:52 |
| mistymyers | Pequot Lakes PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 2/25/08 21:57 |
| mistymyers | Pequot Lakes PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 9/26/09 3:12 |
| mistymyers | Waite Park PD | /dvsinfo/dvsnewdl/CardData.asp | Sun | 1/16/11 13:22 |

# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## PUBLIC ACCESS TO GOVERNMENT DATA

The Minnesota Government Data Practices Act gives members of the public, the right to see and/or have copies of public data that the Department of Public Safety (DPS) keeps. The law also controls how we keep government data and what we tell you when you ask to see the data that we have.

**The law states that all the data DPS or a governmental entity has are public (can be seen by anybody) unless there is a state or federal law that classifies the data as *not public*.**

**You have the right to look at all public data that DPS keeps.**

You may initially request and receive public information over the phone, in person, through the mail, or via e-mail. If it is not possible to give you the information in the way you ask, we will contact you to decide on another way to give you the information you asked for. If your request is complicated or we do not fully understand your request, we may require that you make your request in writing.

If your request relates to one of DPS's divisions or areas, you may directly contact the person listed in the Data Practices Contact List titled "Where to Send Requests for Information and Data" for that division with your data request. If you have a DPS-wide request or do not know which division to contact to view public data, contact E. Joseph Newton, Data Practices Compliance Official/General Counsel, Minnesota Department of Public Safety, 445 Minnesota Street, Suite 1000 Bremer Tower, St. Paul, MN 55101, telephone number 651/201-7170. You can make your request during normal office hours, of 8 a.m. - 4:30 p.m., Monday through Friday.

You also have the right to make a standing request. Standing requests expire after 60 days.

You may ask to see:

- Specific types of data or data elements;
- Specific documents or portions of documents;
- Entire records, files or data bases;
- All public data DPS keeps.

In your request, you should say that you are making a data request under the MGDPA. Tell us as clearly as you can what information you want to see. If we are not sure exactly what information you are requesting, we will ask you clarifying questions, but you don't have to tell us who you are or explain why you are asking for the data.

We will let you know as soon as we can whether or not we have the data you are asking for. If you are asking for public data and we have the data, we will let you see or have copies of the data right away. If we need more time to identify, find or copy the data you are asking for, we will let you know and we will tell you when we will be able to give you the data. The MGDPA gives agencies a reasonable amount of time to respond to requests for public data.

**We don't have to give you data we don't keep.**

If DPS doesn't have the data you are asking for, we will tell you right away. The law does not require that we collect or create data for you in order to respond to your request.

**We may not have to give you public data in the form you want.**

If we have the data you're asking for, but we don't keep the data in the form you want, we may not be able to give you the data in that form. If we can't put the data in the form you want, you may have the data in our format and convert it to the form you want. If we can put the data in the form you want, we will let you know how long it will take us to provide the data and how much it will cost. Then you can decide if you want the data in that form or not. We may request you pre-pay before we provide you the data.



**DPS cannot charge you a fee for looking at public data.**

You have the right to look at public data at no cost. We will let you look at computerized data on a computer screen, or print a copy, so that you can inspect the data at no charge.

You also may inspect public data on your own computer, and you may print or download the data using your own computer, at no cost.

We can't charge you a fee for separating public data from data that are not public.

**You have the right to have public data explained in a way you understand.**

If you have any questions about the meaning of public data that DPS keeps, please contact a division contact listed in Data Practices Contact List titled "Where to Send Requests for Information and Data" or contact E. Joseph Newton, Data Practices Compliance Official/General Counsel, Minnesota Department of Public Safety, 445 Minnesota Street, Suite 1000 Bremer Tower, St. Paul, MN 55101, telephone number 651/201-7170, and ask for an explanation.

**You have the right to have copies of the public data that we keep.**

You have the right to have a copy of any data that you have a right to see. This includes the right to have copies of all or parts of specific documents, files, records, data bases or types of data that we keep. If you ask for the copies in electronic form, and we keep the data in electronic form, we will give you the data in electronic form.

To ask for a copy of public data that DPS keeps, contact the division representative listed in the attachment or contact E. Joseph Newton, Data Practices Compliance Official/General Counsel, Minnesota Department of Public Safety, 445 Minnesota Street, Suite 1000 Bremer Tower, St. Paul, MN 55101, telephone number 651/201-7170.

In your request, say that you are making a request for copies of data under the MGDPA. Tell us as clearly as you can what types of data or information you want copies of. If we have any question about the copies you are requesting, we will ask you. You don't have to tell us who you are or explain why you are asking for the data.

Once we have your request, we will provide the copies you asked for as soon as reasonably possible, depending on how many copies you are requesting and how many staff we have available to respond to your request.

**We have the right to charge you a reasonable fee for providing copies.**

We will charge you a fee for making copies of the data you ask for according to DPS policy. If you ask us to fax the copies to you, the fee will not include long distance phone charges. If you request a certified copy of a document, we will charge you a fee to certify the document.

If you are requesting copies of data that have commercial value, we will charge you a fee in addition to the fee for the copies.

We may require payment in advance.

**You have the right to know why you can't see or get copies of data that are not public.**

If the information you ask for is not public data, we will tell you that when you make your request, or we will notify you in writing as soon as possible. We also will tell you which specific law makes the information not public. If you ask, we will put this in writing for you.

**You have the right to see and have copies of summary data.**

Summary data are statistical records or reports that are prepared by removing all identifiers from private or confidential data on individuals. We will prepare summary data for you if you make a request in writing (letter, fax, e-mail, etc.) to E. Joseph Newton, Data Practices Compliance Official/General Counsel, Department of Public Safety, 445 Minnesota Street, Suite 1000 Bremer Tower, St. Paul, MN 55101, telephone number 651/201-7170, and pay us the cost of preparing the data.

We may require prepayment of this cost. When we receive your request, we will contact you to make detailed arrangements to prepare the summary data and provide a cost estimate.

We will let you or someone else prepare the summary data if:

- You explain in writing why you want to prepare the data;
- If you agree not to release any of the private or confidential data used to prepare the summary data; and
- If we determine that giving you access to private and confidential data will not compromise those data.

If you have any questions about how to access public data that we keep, please contact Mona Dohman, who is our responsible authority, or E. Joseph Newton, who is our compliance official, at Department of Public Safety, 445 Minnesota Street, Suite 1000 Bremer Tower, St. Paul, MN 55101, telephone number 651/201-7170.

Last revised May 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anne Marie Rasmusson,

Case Civil File No. 12-CV-632 (SRN/JSM)

Plaintiff,

v.

Chisago County; Jay Belisle, acting in his
individual capacity as an employee of the
Chisago County Sheriff's Department; Pine
County; Blake Fjosne, acting in his
individual capacity as a Deputy of the Pine
County Sheriff's Department; Rebecca
Lawrence, acting in her individual capacity
as a Deputy of the Pine County Sheriff's
Department; Dan Vosika, acting in his
individual capacity as a Deputy of the Pine
County Sheriff's Department; John Melvin,
acting in his individual capacity as an
Officer of the Minnesota Department of
Corrections; Millicent Tompa, acting in her
individual capacity as an Agent of the
Federal Bureau of Investigation; Sean Huls,
acting in his individual capacity as a
Sergeant of the University of Minnesota-
Duluth Police Department; Dean Grothem,
acting in his individual capacity as a Trooper
of the Minnesota State Patrol; Elke Hobus,
John and Jane Does (1 - 50) acting in their
individual capacity as supervisors of the
other named law-enforcement agencies;

Defendants.

**AFFIDAVIT OF
DAN PROZINSKI**

STATE OF MINNESOTA      )
                        ) SS.
COUNTY OF HENNEPIN      )



I, Dan Prozinski, being first duly sworn under oath, state and depose as follows:

1.     I am a resident of the City of Minneapolis and have been for 32 years.

2.     In October, 2011, I had some vague suspicions that my personal drivers'
license information might have been inappropriately accessed by law enforcement
personnel due to an unpleasant encounter I had with a police officer, and I called
the Minnesota Department of Public Safety ("DPS") to discuss.

3.     On or about October 10, 2011, in response to my verbal inquiry, I received
a phone call from Joseph Newton, whom I understood to be the Data Practices
Compliance Official at DPS at that time.

4.     When I spoke with Mr. Newton on October 10, 2011, I requested data from
DPS's records showing whether my personal drivers' license information had been
accessed from the state's database.  Mr. Newton indicated that my request for
information would have to be narrowed to specify the individual Minnesota
divisions about which I was inquiring relative to accesses.

5.     On October 12, 2011, I sent Mr. Newton an email identifying the
governmental divisions that I thought possibly might have accessed my personal
drivers' information through the DPS database.  A true and correct copy of my
10/12/11 email to Mr. Newton is attached hereto as Exhibit 1.

6.     On October 12, 2011, Mr. Newton informed me that my request for
information regarding possible impermissible accessing of my private drivers'
license information could not be provided without my first providing an

2

explanation why I believed my records had been inappropriately accessed. He

further advised that, depending on what detail I provided, the Data Practices staff

at DPS would decide if I had "provided sufficient evidence to substantiate [my]

suspicion" that would allow them to proceed in responding to my request. Mr.

Newton further provided that an audit might occur _if_ the DPS staff believed I

provided enough evidence to substantiate my suspicions. A true and correct copy

of Mr. Newton's 10/12/11 email communication to me is also included in the

attached Exhibit 1.

7.      It was my understanding and belief in October 2011, prior to

communicating with Mr. Newton, that either state and federal law (or possibly

both) required DPS to release to me the information regarding who and when

individuals accessed my personal drivers' license information.

8.      After my communications with Mr. Newton in October 2011, and relying

on those communications, I believed that I was not entitled to obtain the

information I requested from DPS regarding who and when individuals accessed

my personal drivers' license information unless I could first explain in writing to

DPS the details of the incident that caused my suspicions. Discouraged by Mr.

Newton's requirement that I put my story in writing, I set the issue aside.

9.      It was only after the _Anne Rasmusson v. Minneapolis_ case obtained further

significant media publicity that I again decided to pursue my DPS audit request.

3

10.     As a result of the publicity arising from the *Anne Rasmusson v. Minneapolis* case, I made another request for information to the DPS in February 2013—a year and a half after my first request—for the same information.  I included my explanation as to why I thought my personal drivers' license information had been impermissibly accessed.  I finally obtained audit results from DPS showing accesses of my personal drivers' license information in late February 2013.

FURTHER YOUR AFFIANT SAYETH NOT.

Dan Prozinski

Subscribed and sworn to before me
on   5 / 11 / 13                    .

Notary Public

TRAVIS L. LAMBRIGHT
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2016

4

**From:** "Newton, Joseph (DPS)" <joseph.newton@state.mn.us>
**Date:** October 12, 2011 2:41:30 PM CDT
**To:** "ski@bitstream.net" <ski@bitstream.net>
**Subject:** RE: Request For Data

In order to access the accurate data related to you we need you date of birth and any previous addresses and any variation of names you have used.

As to people who have accessed your Driver and Vehicle Services record you need to email or send a letter with detail about why you believe your driver's license records have been inappropriately accessed. The data practices staff will review the request to determine if you have provided sufficient evidence to substantiate your suspicion and decide how to proceed. If DVS staff determines there is sufficient evidence to believe your data was inappropriately accessed, we will conduct an audit. If the audit indicates misuse, DVS will request an investigation by the appropriate agency.

Thank you and let me know if you have questions.

-----Original Message-----
From: ski@bitstream.net [mailto:ski@bitstream.net]
Sent: Wednesday, October 12, 2011 2:26 PM
To: Newton, Joseph (DPS)
Subject: Request For Data

Joe, thanks for returning my call so quickly on Monday regarding my request for data. I'm not only interested in the public and private records that the Minnesota Department of Public Safety has on file for me, but I also want to know who has accessed my information and when, in the last five years. I understand that the specifics of who gains access to these files are tracked and retrievable. I'm not prepared to make allegations of a crime, but I do have strong reason to believe my files have been inappropriately accessed by police officers and possibly others.

You asked if I could narrow my request to specific divisions of the MDPS. I've looked over the 15 divisions listed on the department web site and come up with this list of those I thought might be relevant:

Bureau of Criminal Apprehension
Driver and Vehicle Services
Homeland Security and Emergency Management
Office of Justice Programs
Office of Technology & Support Services
Office of Traffic Safety
Minnesota State Patrol

Please feel free to include other divisions, departments or sources if you think activity pertinent to my concerns might be found there.

If it's possible and most convenient for MDPS to respond to my data request via email with digital documents, that should work well for me also. I could also review the results on site if that is necessary.

Thanks again for your help.

Regards.
Dan Prozinski
1505 Washington Avenue South
Minneapolis, MN 55454

612.332.8226
612.408.2811 cell



EXHIBIT

1

**Newton, Joseph (DPS)**

| | |
|---|---|
| **From:** | Jacobson, Kim (DPS) |
| **Sent:** | Wednesday, October 05, 2011 1:47 PM |
| **To:** | Newton, Joseph (DPS) |
| **Subject:** | FW: Alleged DL Database Misuse |

**From:** Jacobson, Kim (DPS)
**Sent:** Wednesday, August 24, 2011 11:45 AM
**To:** Newton, Joseph (DPS)
**Subject:** RE: Alleged DL Database Misuse

I asked Anne how many contacts she had with LE that would be legitimate queries before I ran the audit report. She said a Lakeville officer Howe and other one responded to a call within the last 6 months, she was stopped by Mpls on Cinco deMayo of this year, and deputy responded to hit and run in parking lot in Hinckley in April or May.

Much to my surprise, there are a total of 425 queries to her DL data since 1/1/2007 from about 25 different business partners. The majority of queries are Minneapolis and St Paul PD employees.

*Kim*

**From:** Newton, Joseph (DPS)
**Sent:** Tuesday, August 23, 2011 9:39 AM
**To:** Jacobson, Kim (DPS)
**Cc:** Geraghty, Angela (DPS)
**Subject:** FW: Alleged DL Database Misuse

Let's go ahead and audit the use. And then let's talk. That is within our proper protocols, correct?

**From:** Geraghty, Angela (DPS)
**Sent:** Tuesday, August 23, 2011 9:32 AM
**To:** Newton, Joseph (DPS)
**Cc:** O'Hern, Cassandra (DPS); Jacobson, Kim (DPS)
**Subject:** RE: Alleged DL Database Misuse

She seemed to know that there were a specific number of people looking her up. I believe she said 4 Minneapolis officers and 2-3 St. Paul. She said it was to look at her picture and see where she lived and for some "sick locker room talk." I did not ask her for names, but could when I call her back to inform her of the process to follow?

**From:** Newton, Joseph (DPS)
**Sent:** Tuesday, August 23, 2011 9:26 AM
**To:** Geraghty, Angela (DPS)
**Cc:** O'Hern, Cassandra (DPS); Jacobson, Kim (DPS)
**Subject:** FW: Alleged DL Database Misuse

We generally need more than a bald allegation, does she have anything more to base her allegations? Thanks.

**From:** Geraghty, Angela (DPS)
**Sent:** Tuesday, August 23, 2011 9:11 AM

1



EXHIBIT

*D*

**To:** Newton, Joseph (DPS)
**Subject:** Alleged DL Database Misuse

Former St. Paul Police Officer Amy Rasmussen called with concerns that law enforcement officers from several different agencies (St. Paul, Minneapolis and Lakeville) are running her DL information/photo, etc. for personal purposes. She was wondering where to complain as DPS oversees the database, however the officers are from outside agencies. Cassandra suggested I follow up with you. Can we do an audit of who ran her DL and then forward information to the proper police agencies? Or should I tell her to contact the separate departments to file a complaint? Thanks.

Angela Geraghty
Minnesota Department of Public Safety
Internal Affairs/Affirmative Action
445 Minnesota St. Ste. 530
St. Paul, MN 55101
p 651-201-7136
f 651-282-6873

**Newton, Joseph (DPS)**

| | |
|---|---|
| **From:** | McCormack, Patricia (DPS) |
| **Sent:** | Monday, October 03, 2011 11:34 AM |
| **To:** | Newton, Joseph (DPS) |
| **Subject:** | FW: Alleged DL Database Misuse |

FYI.
Pat

**From:** Jacobson, Kim (DPS)
**Sent:** Monday, October 03, 2011 11:24 AM
**To:** McCormack, Patricia (DPS)
**Cc:** Olson, Dawn M (DPS)
**Subject:** RE: Alleged DL Database Misuse

You are welcome.  I just spoke to the Deputy Chief from Eden Prairie.  They are trying to figure out where the leak came from because it wasn't from them.

**From:** McCormack, Patricia (DPS)
**Sent:** Monday, October 03, 2011 10:43 AM
**To:** Jacobson, Kim (DPS)
**Cc:** Olson, Dawn M (DPS)
**Subject:** RE: Alleged DL Database Misuse

Thanks Kim.
Pat

**From:** Jacobson, Kim (DPS)
**Sent:** Monday, October 03, 2011 10:38 AM
**To:** Skoogman, Andy (DPS)
**Cc:** McCormack, Patricia (DPS); Olson, Dawn M (DPS)
**Subject:** FW: Alleged DL Database Misuse

Below is the email trail regarding the complaint that came in to IAD.  I did not request anything further in writing from Ms. Rasmusson.  Attached is the letter I sent to Eden Prairie.  Let me know if you need anything further.

**From:** Newton, Joseph (DPS)
**Sent:** Wednesday, August 24, 2011 12:01 PM
**To:** Jacobson, Kim (DPS)
**Subject:** RE: Alleged DL Database Misuse

Ok, follow the standard protocols.  Thank you.

1

**From:** Jacobson, Kim (DPS)
**Sent:** Wednesday, August 24, 2011 11:51 AM
**To:** Newton, Joseph (DPS)
**Subject:** RE: Alleged DL Database Misuse

And Eagan PD, Eden Prairie, Bloomington, State Patrol, Lakeville, FBI, Corrections, Ramsey Cty, Isanti Cty, Minnetonka, Cottage Grove, etc etc

**From:** Newton, Joseph (DPS)
**Sent:** Wednesday, August 24, 2011 11:49 AM
**To:** Jacobson, Kim (DPS)
**Subject:** RE: Alleged DL Database Misuse

So we should send to MPD and SPPD for investigation?

**From:** Jacobson, Kim (DPS)
**Sent:** Wednesday, August 24, 2011 11:45 AM
**To:** Newton, Joseph (DPS)
**Subject:** RE: Alleged DL Database Misuse

I asked Anne how many contacts she had with LE that would be legitimate queries before I ran the audit report.  She said a Lakeville officer Howe and other one responded to a call within the last 6 months, she was stopped by Mpls on Cinco deMayo of this year, and deputy responded to hit and run in parking lot in Hinckley in April or May.

Much to my surprise, there are a total of 425 queries to her DL data since 1/1/2007 from about 25 different business partners.  The majority of queries are Minneapolis and St Paul PD employees.

**From:** Newton, Joseph (DPS)
**Sent:** Tuesday, August 23, 2011 9:39 AM
**To:** Jacobson, Kim (DPS)
**Cc:** Geraghty, Angela (DPS)
**Subject:** FW: Alleged DL Database Misuse

Let's go ahead and audit the use. And then let's talk.  That is within our proper protocols, correct?

**From:** Geraghty, Angela (DPS)
**Sent:** Tuesday, August 23, 2011 9:32 AM
**To:** Newton, Joseph (DPS)
**Cc:** O'Hern, Cassandra (DPS); Jacobson, Kim (DPS)
**Subject:** RE: Alleged DL Database Misuse

2

She seemed to know that there were a specific number of people looking her up. I believe she said 4 Minneapolis officers and 2-3 St. Paul. She said it was to look at her picture and see where she lived and for some "sick locker room talk." I did not ask her for names, but could when I call her back to inform her of the process to follow?

**From:** Newton, Joseph (DPS)
**Sent:** Tuesday, August 23, 2011 9:26 AM
**To:** Geraghty, Angela (DPS)
**Cc:** O'Hern, Cassandra (DPS); Jacobson, Kim (DPS)
**Subject:** FW: Alleged DL Database Misuse

We generally need more than a bald allegation, does she have anything more to base her allegations? Thanks.

**From:** Geraghty, Angela (DPS)
**Sent:** Tuesday, August 23, 2011 9:11 AM
**To:** Newton, Joseph (DPS)
**Subject:** Alleged DL Database Misuse

Former St. Paul Police Officer Amy Rasmussen called with concerns that law enforcement officers from several different agencies (St. Paul, Minneapolis and Lakeville) are running her DL information/photo, etc. for personal purposes. She was wondering where to complain as DPS oversees the database, however the officers are from outside agencies. Cassandra suggested I follow up with you. Can we do an audit of who ran her DL and then forward information to the proper police agencies? Or should I tell her to contact the separate departments to file a complaint? Thanks.

Angela Geraghty
Minnesota Department of Public Safety
Internal Affairs/Affirmative Action
445 Minnesota St. Ste. 530
St. Paul, MN 55101
p 651-201-7136
f 651-282-6873